*EXHIBIT A*

US00D594087S

(12) **United States Design Patent**     (10) **Patent No.:**    **US D594,087 S**
Campbell                                  (45) **Date of Patent:**  ** **Jun. 9, 2009**

(54) **SPRAYER TANK**

(75) Inventor: **James W. Campbell**, Akron, NY (US)

(73) Assignee: **Chapin Manufacturing, Inc.**, Batavia, NY (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/285,994**

(22) Filed: **Apr. 19, 2007**

(51) LOC (9) Cl. ............................................ **23-01**
(52) U.S. Cl. ..................................... **D23/202; D23/225**
(58) **Field of Classification Search** ................ D23/213, D23/225, 202; D8/2; 239/373, 154, 142, 239/333; 220/562, 565

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D190,773 S | * | 6/1961 | Koch .......................... D23/202 |
| D229,612 S | | 12/1973 | German |
| 4,690,331 A | | 9/1987 | Luchsinger |
| 4,798,333 A | | 1/1989 | Luchsinger |
| D337,368 S | | 7/1993 | Berfield et al. |
| 5,335,853 A | | 8/1994 | Wirz |
| D406,313 S | | 3/1999 | Prosper et al. |
| 6,412,707 B1 | | 7/2002 | Wirz |
| D527,789 S | | 9/2006 | Thompson et al. |
| 7,104,468 B2 | * | 9/2006 | Stengel ................. 239/302 |
| 7,134,612 B2 | * | 11/2006 | Bertucci et al. ............. 239/304 |
| D547,416 S | | 7/2007 | Hillhouse |
| D567,897 S | | 4/2008 | Hillhouse |

| | | |
|---|---|---|
| D570,447 S | 6/2008 | Hillhouse |

OTHER PUBLICATIONS

U.S Trademark Registration No. 2,596,935.
U.S. Trademark Registration No. 2,587,356.
U.S. Trademark Application Ser. No. 78/534,564.
Solo, Online Troubleshooting/Resource Center, Website page at http://tess2.uspto.gov/bin/showfield?f=doc&state=bbov69.2.1, printed Jan. 17, 2006.

* cited by examiner

*Primary Examiner*—Robin V Webster
(74) *Attorney, Agent, or Firm*—Kenneth J. Lukacher; Martin Lukacher

(57) **CLAIM**

The ornamental design for a sprayer tank, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view looking downwardly from the right toward the front of a sprayer tank in accordance with my design;

FIG. 2 is a perspective view similar to FIG. 1 but looking downwardly from the left thereof;

FIG. 3 is a front elevational view thereof;

FIG. 4 is a rear elevational view thereof; and,

FIG. 5 is a bottom view thereof.

The broken line showing is included for the purpose of illustrating and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*



FIG. 2



FIG. 3

U.S. Patent        Jun. 9, 2009        Sheet 4 of 5        US D594,087 S



FIG. 4



F/G. 5

*EXHIBIT B*

U.S. Patent

Jan. 9, 2009

Sheet 1 of 5

US D594,087 S



FIG. 1





FIG. 2



FIG. 3

U.S. Patent

Jun. 9, 2009

Sheet 3 of 5

US D594,087 S





FIG. 4



FIG. 5



*EXHIBIT C*



*EXHIBIT D*

# BOND SCHOENECK & KING

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | bsk.com

MITCHELL J. BANAS, JR.
Member
mbanas@bsk.com
P: 716.416.7010
F: 716.416.7310

February 9, 2016

**_Via Federal Express_**

Linemart Inc.
15650-80 Salt Lake City Avenue
City of Industry, CA  91745

Attention:  Wen Ping Chen, CEO

Re:    **Infringement of United States Design Patent D594,087
       Owned by Chapin Manufacturing, Inc.**

Dear Mr. Chen:

This office is intellectual property and litigation counsel to Chapin Manufacturing, Inc. ("Chapin"), owner of United States Design Patent D594,087 (the "'087 Patent") for a sprayer tank.  It has recently come to Chapin's attention that Linemart Inc. ("Linemart") is selling an identical or virtually identical "knockoff" sprayer in a four-gallon size under the "Homdox" brand which infringes upon Chapin's rights under the '087 Patent (a copy of which is enclosed for your reference).

Demand is hereby made that you immediately cease and desist from selling, reselling, offering for sale, importing, distributing, manufacturing, and/or otherwise entering into the stream of commerce the subject Homdox sprayer and any other sprayer which infringes upon the '087 Patent or otherwise violates Chapin's statutory or common law intellectual property rights.  Your failure to do so will result in Chapin's vigorous protection of its rights, including not only injunctive and monetary relief but also enhanced damages and attorneys' fees for this blatantly intentional violation of Chapin's rights.

We trust you appreciate the seriousness with which Chapin takes this matter and will do what is required to avoid the escalation of this dispute in further enforcement of Chapin's rights.

1246215.1

Attorneys At Law | A Professional Limited Liability Company

Linemart Inc.
<u>Attention:  Wen Ping Chen, CEO</u>
February 9, 2016
Page 2

Thank you in advance for your expected cooperation.  This letter is, of course, without prejudice to, but rather with a full reservation of, Chapin's rights.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Mitchell J. Banas, Jr.

MJB/kls

cc:      Chapin Manufacturing, Inc.

1246215.1

US00D594087S

(12) **United States Design Patent**　(10) **Patent No.:**　**US D594,087 S**

Campbell　(45) **Date of Patent:**　** **Jun. 9, 2009

(54) **SPRAYER TANK**

(75) Inventor:　**James W. Campbell**, Akron, NY (US)

(73) Assignee:　**Chapin Manufacturing, Inc.**, Batavia, NY (US)

(**) Term:　**14 Years**

(21) Appl. No.: **29/285,994**

(22) Filed:　**Apr. 19, 2007**

(51) **LOC (9) Cl.** ............................................ **23-01**

(52) **U.S. Cl.** ..................................... **D23/202**; D23/225

(58) **Field of Classification Search** ................ D23/213, D23/225, 202; D8/2; 239/373, 154, 142, 239/333; 220/562, 565
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D190,773 | S | * | 6/1961 | Koch ............................ D23/202 |
| D229,612 | S | | 12/1973 | German |
| 4,690,331 | A | | 9/1987 | Luchsinger |
| 4,798,333 | A | | 1/1989 | Luchsinger |
| D337,368 | S | | 7/1993 | Berfield et al. |
| 5,335,853 | A | | 8/1994 | Wirz |
| D406,313 | S | | 3/1999 | Prosper et al. |
| 6,412,707 | B1 | | 7/2002 | Wirz |
| D527,789 | S | | 9/2006 | Thompson et al. |
| 7,104,468 | B2 | * | 9/2006 | Stengel ........................ 239/302 |
| 7,134,612 | B2 | * | 11/2006 | Bertucci et al. ............. 239/304 |
| D547,416 | S | | 7/2007 | Hillhouse |
| D567,897 | S | | 4/2008 | Hillhouse |

D570,447 S　6/2008　Hillhouse

OTHER PUBLICATIONS

U.S Trademark Registration No. 2,596,935.
U.S. Trademark Registration No. 2,587,356.
U.S. Trademark Application Ser. No. 78/534,564.
Solo, Online Troubleshooting/Resource Center, Website page at http://tess2.uspto.gov/bin/showfield?f=doc&state=bbov69.2.1. printed Jan. 17, 2006.

* cited by examiner

*Primary Examiner*—Robin V Webster
(74) *Attorney, Agent, or Firm*—Kenneth J. Lukacher; Martin Lukacher

(57)　**CLAIM**

The ornamental design for a sprayer tank, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view looking downwardly from the right toward the front of a sprayer tank in accordance with my design;

FIG. 2 is a perspective view similar to FIG. 1 but looking downwardly from the left thereof;

FIG. 3 is a front elevational view thereof;

FIG. 4 is a rear elevational view thereof; and,

FIG. 5 is a bottom view thereof.

The broken line showing is included for the purpose of illustrating and forms no part of the claimed design.

1 Claim, 5 Drawing Sheets





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5